IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Molly Dennis,<br><br>      Plaintiff,<br><br>v.<br><br>City of Rochester, Patrick Keane, and Kim Norton,<br><br>      Defendants. | Case No. No. 24-cv-00426 (PJS/DLM)<br><br>**WORD COUNT CERTIFICATE** |

I, Erin Emory, certify that

☒   Defendants' Objection to the October 30, 2024 Report and Recommendation Regarding Defendants' Motion to Dismiss

Complies with Local Rule 72.2 (c)

  I further certify that, in preparation of the above document, I:

☒   Used the following word processing program and version: Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

or

☐   Counted the words in the document.

 I further certify that the above document contains the following number of words 2,088 and complies with the Local Rule 72.2(c).

Dated: November 13, 2024          **GREENE ESPEL PLLP**

*s/ Erin R. Emory*
Erin R. Emory, Reg No. 0401215
Jenny Gassman-Pines, Reg. No. 0386511
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
eemory@greeneespel.com
jgassman-pines@greeneespel.com
(612) 373-0830